UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>Foistner, Joseph   )<br>_____ | Docket No.  18-CR-00098-PB |

## APPEARANCE

Please enter my appearance as counsel for the United States of America in the above-entitled case.

Respectfully submitted,

SCOTT W. MURRAY
United States Attorney


By: /s/  Kasey Weiland
Kasey Weiland
Assistant U.S. Attorney
Bar No. VA 82785
53 Pleasant Street, 4th Floor
Concord, NH  03301
(603) 230-2548
kasey.weiland@usdoj.gov

Date:  18th October 2019


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Appearance was forwarded electronically by ECF to Benjamin L Falkner, counsel for the defendant.

/s/ Kasey Weiland
Kasey Weiland, AUSA