UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:18-cr-98-PB |
| ) | |
| JOSEPH FOISTNER ) | |

PROTECTIVE ORDER GOVERNING GRAND JURY TRANSCRIPTS

Upon consideration of the government's motion for a protective order, and any objection thereto, it appearing satisfactorily to the Court that good cause exists pursuant to Fed. R. Crim. P. 16(d)(1), it is hereby ordered that the motion is granted and that the government may provide transcripts of witness testimony before the grand jury to the *pro se* defendant subject to the following conditions and restrictions:

1. That the grand jury testimony provided by the United States as discovery are for the sole use of defendant and his stand-by counsel in preparing for the defense of this case and shall not be copied, reproduced, or otherwise disseminated to third parties, or used for any other purpose or in connection with any other proceedings; and,

2. That upon conclusion of this matter, including the exhaustion of any appeals or collateral review, defendant shall return to the United States or shall destroy all records containing grand jury testimony.

SO ORDERED.

Date: _____  _____
Hon. Paul Barbadoro
United States District Judge