**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW HAMPSHIRE**

<u>**United States of America**</u>

   v.                                        Case No. 18-cr-98-1-PB

<u>**Joseph A. Foistner**</u>

<u>**ORDER**</u>

On March 8, 2022, I entered a preliminary order of forfeiture of the defendant's interest, if any, up to $58,145.22 in the property located at 2 Daland Circle, Mont Vernon, New Hampshire.  The defendant's spouse, Laurie Foistner, subsequently filed a petition asserting an interest in the property subject to forfeiture.

Pursuant to Fed. R. Crim. P. 32.2, the clerk shall open an ancillary proceeding to determine Laurie Foistner's interest in the 2 Daland Circle property.  The clerk shall also schedule a hearing on the defendant's motion to reconsider and set a scheduling conference for the ancillary proceeding.

   **SO ORDERED.**

                                          <u>/s/ Paul J. Barbadoro</u>
                                          Paul J. Barbadoro
                                          United States District Judge

April 14, 2022

cc:  Joseph A. Foistner, pro se
     Counsel of Record
     U.S. Marshal
     U.S. Probation